Alan Stuart Graf, OSB # 92317
peopleslawyer@qwest.net
Kimberly K. Tucker, OSB # 02106
kktpeopleslawyer@qwest.net
Alan Stuart Graf, P.C.
1020 SW Taylor St., Ste. 230
Portland Oregon 97205
Telephone: (503) 452-2375
Fax: (503) 464-9821
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| APRIL CHASE,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART<br>Commissioner of Social Security,<br><br>    Defendant. | CV 04-550-CO<br><br>ORDER GRANTING<br>STIPULATED EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2486.81 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 20 day of May, 2005.

_____
United States District/Magistrate Judge

Presented by:

/s/ Kimberly K. Tucker
Alan Stuart Graf, P.C.
Attorney for Plaintiff