Alan Stuart Graf, OSB # 92317
alan@hippielawyer.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'06 MAR 14 14:23 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| APRIL CHASE, | CV 04-550-CO |
| Plaintiff, | ORDER GRANTING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| v. | |
| JO ANNE B. BARNHART<br>Commissioner of Social Security, | |
| Defendant. | |

Attorneys' fees in the amount of $4,579.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $2,486.84 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $2,092.16 minus any applicable processing fees as allowed by statute.

DATED this 14 day of March, 2006.

_____
United States District Court Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES